UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 7 |
| DEBTOR | CASE NO. 20-70035-JWC |

**MOTION TO DELAY ENTRY OF DISCHARGE**

Comes now the above Debtor, Latosha Dewaun Mathis, by and through counsel, and shows to this Court the following:

1.

Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on September 21, 2020 and the Meeting of Creditors was conducted on October 22, 2020.

2.

Pursuant to Rule 4004(c)(2), the court may delay entry of discharge for 30 days upon motion of Debtor.

3.

The Chapter 7 Trustee has not completed his investigation of assets, specifically regarding the value of her residence. Debtor requests that the discharge be delayed so as not to complicate conversion to Chapter 13 should it be required.

4.

Debtor requests that Court enlarge the time to file the aforementioned reaffirmation agreement to January 25, 2021.

WHEREFORE, the Debtor respectfully requests:

1) that this Motion be granted delaying entry of discharge by 30 days to January 25, 2021; and

2) that this Court grant any further relief as it deems just and appropriate.

Dated: December 21, 2020

                                                Respectfully Submitted,
                                                JEFF FIELD & ASSOCIATES

                                                /s/ Christopher J. Sleeper
                                                _____
                                                CHRISTOPHER J. SLEEPER
                                                Attorney for Debtor
                                                State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | \| |
| | \| |
| LATOSHA DEWAUN MATHIS, | \|   CHAPTER 7 |
| | \| |
| DEBTOR | \|   CASE NO. 20-70035-JWC |
| | \| |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Motion to Delay Entry of Discharge" to the following:

S. Gregory Hays, Chapter 7 Trustee         *Electronically*

Latosha Dewaun Mathis
2623 Memory Lane
Douglasville, GA 30135

Creditors on the Attached
Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: December 21, 2020

    Respectfully Submitted,
    JEFF FIELD & ASSOCIATES

    /s/ Christopher J. Sleeper
    _____
    CHRISTOPHER J. SLEEPER
    Attorney for Debtor
    State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-70035-jwc<br>Northern District of Georgia<br>Atlanta<br>Mon Dec 21 09:41:18 EST 2020 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | R. Jeffrey Field<br>Jeffrey Field & Associates<br>342 North Clarendon Avenue<br>Scottdale, GA 30079-1320 |
| First Nataional Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 | Fnb Omaha<br>Attn: Bankruptcy<br>Po Box 2490<br>Omaha, NE 68103-2490 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 2013<br>Buffalo, NY 14240-2013 | IRS Insolvency Unit<br>401 W. Peachtree St., NW<br>Room 400, Stop 334-D<br>Atlanta, GA 30308 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| Marcus by Goldman Sachs<br>Attn: Bankruptcy<br>Po Box 45400<br>Salt Lake City, UT 84145-0400 | Medical Data Systems (MDS)<br>Attn: Bankruptcy Dept<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 | Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 |
| Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Pandora<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Synchrony Bank/Gap<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn:  Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank NA<br>Po Box 14517<br>Des Moines, IA 50306-3517 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Georgia Department of Revenue<br>Compliance Division<br>1800 Century Blvd., NE, S9100<br>Atlanta, GA 30345 | SN Servicing Corp.<br>323 Fifth Street<br>Eureka, CA 95501 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36