**IT IS ORDERED as set forth below:**

**Date: December 22, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 7 |
| DEBTOR | CASE NO. 20-70035-JWC |

### ORDER GRANTING DEBTOR'S MOTION TO DELAY ENTRY OF DISCHARGE

Debtor filed a Motion to Delay Entry of Discharge on December 21, 2020 (Doc. No. 11) seeking to defer entry of discharge for 30 days pursuant to Bankruptcy Rule 4004(c)(2).

**ORDERED** that the Motion is **GRANTED**: entry of the discharge shall be deferred until January 25, 2021.

[END OF DOCUMENT]

Prepared and Submitted by
JEFF FIELD & ASSOCIATES:

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

## IDENTIFICATION OF PARTIES TO BE SERVED

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

R. Jeffrey Field
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, Georgia 30079

Latosha Dewaun Mathis
2623 Memory Lane
Douglasville, GA 30135

All Creditors On
The Court's Mailing Matrix