UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 7 |
| DEBTOR | CASE NO. 20-70035-JWC |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Latosha Dewaun Mathis has filed a Motion to Convert to Chapter 13 with the Court seeking an Order converting this Chapter 7 Case to a Chapter 13 Case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1203, Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303 at 11:00 AM on March 11, 2021.**

Your rights may be affected by the Court's ruling on the Motion. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

This February 8, 2021

    Respectfully Submitted,
    JEFF FIELD & ASSOCIATES

    /s/ Christopher J. Sleeper
    _____
    CHRISTOPHER J. SLEEPER
    Attorney for Debtor
    State Bar No. 700884
    342 North Clarendon Avenue
    Scottdale, GA 30079
    404-499- 2700
    contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 7 |
| DEBTOR | CASE NO. 20-70035-JWC |

## MOTION TO CONVERT TO CHAPTER 13

Comes now the Debtor, Latosha Dewaun Mathis, by and through the undersigned counsel, and files this Motion and shows to this Honorable Court the following:

1.

This case was commenced on September 21, 2020 by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Jurisdiction is appropriate pursuant to 28 U.S.C. Section 1334; 28 U.S.C. Section 151 et seq; and, 11 U.S.C. Section 151 et seq. Venue is appropriate pursuant to 28 U.S.C. Section 1409. This contested matter is core proceeding as defined in 28 U.S.C. Section 157(b)(2)(A).

3.

11 U.S.C. §706(a) provides that "The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title. Any waiver of the right to convert a case under this subsection is unenforceable." In enacting §706(a), "Congress gave 'honest but unfortunate debtor[s] the chance to repay their debts should they acquire the means to do so." *Marrama v. Citizens Bank of Massachusetts*, 549 U.S. 365 (2007) (internal citation omitted).

4.

Conversion to Chapter 13 should only be denied if the party opposing conversion meets its burden of showing that one of the conditions enumerated in 11 § 1307(c) is present.

5.

Debtor needs to retain her residence in order to care for her disabled sister and disabled mother. Debtor will be able to reduce some of her expenses related to their support and has a retirement loan that will be ending within the next couple of years that will allow her to pay her claims in sufficient amount to satisfy the best interest of creditors of test for confirmation. Debtor believes that the proposed plan will be feasible and in the best interest of the estate.

WHEREFORE, Debtor prays that this Court:

A. Hold a hearing, if necessary, to inquire into this matter;

B. Convert this Case to a Chapter 13;

C. Appoint a Chapter 13 Trustee to administer the estate;

D. Grant such other and further relief as this Court deems just and equitable.

Dated: February 8, 2021

    Respectfully Submitted,
    JEFF FIELD & ASSOCIATES

    /s/ Christopher J. Sleeper
    _____
    CHRISTOPHER J. SLEEPER
    Attorney for Debtor
    State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 7 |
| DEBTOR | CASE NO. 20-70035-JWC |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Notice of Hearing" and "Motion to Convert to Chapter 13" to the following:

S. Gregory Hays, Chapter 13 Trustee          *Electronically*

Latosha Dewaun Mathis
2623 Memory Lane
Douglasville, GA 30135

Creditors Reflected on the
Attached Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: February 8, 2021

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

```
Label Matrix for local noticing            Amex                                      Amex/Bankruptcy
113E-1                                     Correspondence/Bankruptcy                 Correspondence/Bankruptcy
Case 20-70035-jwc                          Po Box 981540                             Po Box 981540
Northern District of Georgia               El Paso, TX 79998-1540                    El Paso, TX 79998-1540
Atlanta
Mon Feb  8 12:50:55 EST 2021

Barclays Bank Delaware                     Capital One                               Capital One
P.o. Box 8803                              Attn: Bankruptcy                          Po Box 30281
Wilmington, DE 19899-8803                  Po Box 30285                              Salt Lake City, UT 84130-0281
                                           Salt Lake City, UT 84130-0285


Citibank/The Home Depot                    Comenity Bank/Lane Bryant                 Credit First National Association
Citicorp Credit Srvs/Centralized Bk dept   Attn: Bankruptcy                          Attn: Bankruptcy
Po Box 790034                              Po Box 182125                             Po Box 81315
St Louis, MO 63179-0034                    Columbus, OH 43218-2125                   Cleveland, OH 44181-0315


Credit One Bank                            (p)DISCOVER FINANCIAL SERVICES LLC        R. Jeffrey Field
Attn: Bankruptcy Department                PO BOX 3025                               Jeffrey Field & Associates
Po Box 98873                               NEW ALBANY OH 43054-3025                  342 North Clarendon Avenue
Las Vegas, NV 89193-8873                                                             Scottdale, GA 30079-1320


First Nataional Bank/Legacy                Fnb Omaha                                 (p)GEORGIA DEPARTMENT OF REVENUE
Attn: Bankruptcy                           Attn: Bankruptcy                          COMPLIANCE DIVISION
Po Box 5097                                Po Box 2490                               ARCS BANKRUPTCY
Sioux Falls, SD 57117-5097                 Omaha, NE 68103-2490                      1800 CENTURY BLVD NE SUITE 9100
                                                                                     ATLANTA GA 30345-3202


Hsbc Bank                                  IRS Insolvency Unit                       Kohls/Capital One
Attn: Bankruptcy                           401 W. Peachtree St., NW                  Attn: Credit Administrator
Po Box 2013                                Room 400, Stop 334-D                      Po Box 3043
Buffalo, NY 14240-2013                     Atlanta, GA 30308                         Milwaukee, WI 53201-3043


Marcus by Goldman Sachs                    Medical Data Systems (MDS)                Nordstrom FSB
Attn: Bankruptcy                           Attn: Bankruptcy Dept                     Attn: Bankruptcy
Po Box 45400                               2001 9th Ave Ste 312                      Po Box 6555
Salt Lake City, UT 84145-0400              Vero Beach, FL 32960-6413                 Englewood, CO 80155-6555


Office of the United States Trustee        PRA Receivables Management, LLC           (p)SN SERVICING CORPORATION
362 Richard Russell Building               PO Box 41021                              323 FIFTH ST
75 Ted Turner Drive, SW                    Norfolk, VA 23541-1021                    EUREKA CA 95501-0305
Atlanta, GA 30303-3315


Syncb/PPC                                  Syncb/Pandora                             Synchrony Bank
Attn: Bankruptcy                           Attn: Bankruptcy                          Attn:  Bankruptcy Dept
Po Box 965060                              Po Box 965060                             Po Box 965060
Orlando, FL 32896-5060                     Orlando, FL 32896-5060                    Orlando, FL 32896-5060


Synchrony Bank/ JC Penneys                 Synchrony Bank/ Old Navy                  Synchrony Bank/Amazon
Attn: Bankruptcy                           Attn:  Bankruptcy                         Attn:  Bankruptcy
Po Box 965064                              Po Box 965060                             Po Box 965060
Orlando, FL 32896-5064                     Orlando, FL 32896-5060                    Orlando, FL 32896-5060
```

```
Synchrony Bank/Gap                  Synchrony Bank/Lowes                 Synchrony Bank/TJX
Attn:  Bankruptcy Dept              Attn:  Bankruptcy                    Attn:  Bankruptcy
Po Box 965060                       Po Box 965060                        Po Box 965064
Orlando, FL 32896-5060              Orlando, FL 32896-5060               Orlando, FL 32896-5064


Target                              United States Attorney               Wells Fargo Bank NA
c/o Financial & Retail Srvs         Northern District of Georgia         Attn: Bankruptcy
Mailstop BT POB 9475                75 Ted Turner Drive SW, Suite 600    1 Home Campus Mac X2303-01a
Minneapolis, MN 55440-9475          Atlanta GA 30303-3309                Des Moines, IA 50328-0001


Wells Fargo Bank NA
Po Box 14517
Des Moines, IA 50306-3517



            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial                  Georgia Department of Revenue        SN Servicing Corp.
Pob 15316                           Compliance Division                  323 Fifth Street
Wilmington, DE 19850                1800 Century Blvd., NE, S9100        Eureka, CA 95501
                                    Atlanta, GA 30345



End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36
```