Mathis, Latosha

00459551

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mathis, Latosha | | Kaiser Foundation HP GA, Inc | | | | TAX DATA: | | Federal | GA State |
| 2623 Memory Lane | | Employee ID: | 00459551 | | | Marital Status: | | Single | Single |
| Douglasville, GA 30135 | | Dept: | 4000 | Loc: | 2251 | Allowances: | | 0 | 1 |
| | | Base Rate: | 26.595000 | Hourly | | Addl. Allowan.: | | | +1 |
| Pay Group: S10 | Busin.Unit: 12808 | Workweek Start: | Sunday | 00.01.00 | | Addl. Amt.: | | | |
| Pay BegDt: 11/29/2020 | Advice #: 000008350571473 | | | | | | | | |
| Pay EndDt: 12/12/2020 | Advice Dt: 12/18/2020 | | | | | | | | |

Kaiser Foundation Health Plan of Georgia Inc Nine Piedmont Ctr 3495 Piedmont Rd NE Atlanta GA 30305 877-457-4772

### HOURS AND EARNINGS

| Description | Beg Dt | End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | | | 26.5950 | 72.60 | 1,930.80 | 1,813.83 | 47,343.10 |
| Benefit Flex Credit | | | 0.0000 | 0.00 | 20.54 | 0.00 | 483.96 |
| VAC/PTO/ETO | | | 26.5950 | 7.50 | 199.46 | 194.19 | 5,071.45 |
| Other Imputed Income | | | 0.0000 | 0.00 | 96.00 | 0.00 | 96.00 |
| LEGAL HOL | | | 0.0000 | 0.00 | 0.00 | 56.00 | 1,456.59 |
| OT ADJ | | | 0.0000 | 0.00 | 0.00 | 0.00 | 1.81 |
| WEEKLY OT | | | 0.0000 | 0.00 | 0.00 | 7.95 | 308.74 |
| ADMIN NW | | | 0.0000 | 0.00 | 0.00 | 16.00 | 416.16 |
| BONUS LSUM | | | 0.0000 | 0.00 | 0.00 | 0.00 | 174.33 |
| PSP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 200.00 |
| GFT AWD DI | | | 0.0000 | 0.00 | 0.00 | 0.00 | 10.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 172.02 | 3,392.53 |
| Fed MED/EE | 32.38 | 801.13 |
| Fed OASDI/EE | 138.49 | 3,425.54 |
| GA Withholdng | 95.34 | 2,317.33 |
| Total: | 438.23 | 9,936.53 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 327.64 | 7,863.36 |
| Dental | 36.97 | 887.28 |
| 401/TSA MATCH | 26.63 | 682.48 |
| Life Insure | 3.03 | 72.72 |
| Supp Life* | 1.50 | 36.00 |
| Supp Med | 1.04 | 24.96 |

Total: HRS WRK CUR 72.60 YTD 1,821.78 80.10 2,150.80 2,087.97 55,456.14

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TSA Employee | 63.91 | 1,649.17 |
| STD | 13.81 | 325.49 |
| Supp Life | 0.80 | 19.20 |
| AD&D | 0.12 | 2.88 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth TSA Loan 2 | 255.50 | 6,132.00 |
| Roth TSA | 21.30 | 443.33 |
| Union Dues | 19.94 | 518.44 |

Total: 78.64 1,996.74 Total: 296.74 7,093.77 * Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,150.80 | 2,169.66 | 438.23 | 375.38 | 1,337.19 |
| YTD: | 55,456.14 | 53,601.40 | 9,936.53 | 9,090.51 | 36,429.10 |

### Leave Accruals

| | Current Earned | Bal |
|---|---|---|
| SICK/ESL | 0.00 | 0.00 |
| VAC/PTO/ETO | 9.23 | 182.48 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Routing # | 261171309 | 25.00 |
| Routing # | 061000227 | 250.00 |
| Routing # | 061000227 | 1,062.19 |
| Total: | | 1,337.19 |

Advice No. 000008350571473



**KAISER PERMANENTE.**

Kaiser Foundation HP GA, Inc
Nine Piedmont Center
3495 Piedmont Rd. NE
Atlanta, GA 30305

Date: 12/18/2020          Pay Amount: $ 1,337.19****

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS

LATOSHA MATHIS
2623 Memory Lane
Douglasville, GA 30135

12808/2251/4000

NON-NEGOTIABLE

Mathis,Latosha         Save/Email/Print    View Different Payment

00459551

| | Kaiser Foundation HP GA, Inc | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|
| Mathis,Latosha | Employee ID: 00459551 | | Marital Status: | Single | Single |
| 2623 Memory Lane | Dept: 4000 Loc: 2251 | | Allowances: | 0 | 1 |
| Douglasville, GA 30135 | Base Rate: 26.595000 Hourly | | Addl. Allowan.: | | +1 |
| Pay Group: S10 | Busin.Unit: 12808 | Workweek Start: Sunday 00.01.00 | Addl. Amt.: | | |
| Pay BegDt: 12/13/2020 | Advice #: 000008350573864 | | | | |
| Pay EndDt: 12/26/2020 | Advice Dt: 12/31/2020 | | | | |

### HOURS AND EARNINGS / TAXES

| Description | Beg Dt | End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 26.5950 | 57.92 | 1,540.38 | 1,871.75 | 48,883.48 | Fed Withholdng | 159.62 | 3,552.15 |
| VAC/PTO/ETO | | | 26.5950 | 16.00 | 425.52 | 210.19 | 5,496.97 | Fed MED/EE | 31.59 | 832.72 |
| Legal Holiday | | | 26.5950 | 8.00 | 212.76 | 64.00 | 1,669.35 | Fed OASDI/EE | 135.07 | 3,560.61 |
| FLEX CREDT | | | 0.0000 | 0.00 | 0.00 | 0.00 | 483.96 | GA Withholdng | 92.10 | 2,409.43 |
| OT ADJ | | | 0.0000 | 0.00 | 0.00 | 0.00 | 1.81 | | | |
| WEEKLY OT | | | 0.0000 | 0.00 | 0.00 | 7.95 | 308.74 | | | |
| ADMIN NW | | | 0.0000 | 0.00 | 0.00 | 16.00 | 416.16 | | | |
| BONUS LSUM | | | 0.0000 | 0.00 | 0.00 | 0.00 | 174.33 | | | |
| PSP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 200.00 | | | |
| OTHIMPIN | | | 0.0000 | 0.00 | 0.00 | 0.00 | 96.00 | | | |
| GFT AWD DI | | | 0.0000 | 0.00 | 0.00 | 0.00 | 10.00 | | | |
| | | | | | | | | Total: | 418.38 | 10,354.91 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401/TSA MATCH | 27.23 | 709.71 |
| Medical | 0.00 | 7,863.36 |
| Dental | 0.00 | 887.28 |
| Supp Med | 0.00 | 24.96 |
| Life Insure | 0.00 | 72.72 |
| Supp Life* | 0.00 | 36.00 |

Total: HRS WRK CUR 57.92   YTD 1,879.70    81.92   2,178.66   2,169.89   57,634.80

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| TSA Employee | 65.36 | 1,714.53 | Roth TSA | 21.79 | 465.12 |
| Supp Life | 0.00 | 19.20 | Union Dues | 19.94 | 538.38 |
| AD&D | 0.00 | 2.88 | Roth TSA Loan 2 | 0.00 | 6,132.00 |
| STD | 0.00 | 325.49 | | | |
| Total: | 65.36 | 2,062.10 | Total: | 41.73 | 7,135.50 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,178.66 | 2,113.30 | 418.38 | 107.09 | 1,653.19 |
| YTD: | 57,634.80 | 55,714.70 | 10,354.91 | 9,197.60 | 38,082.29 |

### NET PAY DISTRIBUTION

| Leave Accruals | Current Earned | Bal | | | |
|---|---|---|---|---|---|
| SICK/ESL | 0.00 | 0.00 | Routing # | 261171309 | 25.00 |
| VAC/PTO/ETO | 9.23 | 175.71 | Routing # | 061000227 | 250.00 |
| | | | Routing # | 061000227 | 1,378.19 |
| | | | Total: | | 1,653.19 |

Advice No. 000008350573864



**KAISER PERMANENTE®**

Kaiser Foundation HP GA, Inc
Nine Piedmont Center
3495 Piedmont Rd. NE
Atlanta, GA 30305

Date: 12/31/2020     Pay Amount: $ 1,653.19****

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS

LATOSHA MATHIS
2623 Memory Lane
Douglasville, GA 30135

12808/2251/4000             NON-NEGOTIABLE

10459551    1 of 2

# KAISER PERMANENTE.

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10459551 | 10459551 | KP BiWeekly Sunday1 |
| | Assignment Number | Tax Reporting Unit Name |
| | E10459551 | Kaiser Foundation Health Plan of Georgia Inc |
| Employee Name | Job Title | |
| Latosha Mathis | Certified Tech, Pharmacy | |
| Employee Address | Position | Tax Reporting Unit Address |
| 2623 Memory Lane  Douglasville, GA 30135 | Certified Tech, Pharmacy | Nine Piedmont Center  3495 Piedmont Rd. NE  Atlanta, GA 30305  Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| GA | 4000 - Cascade Medical Offices - O/P Pharmacy 1st Floor-A/Ma | GA225-1 |
| Workweek | Base Rate | |
| Sunday 00:01  FLSA Week | 26.5950 Hourly | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 12-27-2020 | 01-09-2021 | 01-13-2021 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,296.48 | 2,296.48 |
| Employee Tax Deductions | 451.13 | 451.13 |
| Voluntary Deductions | 298.18 | 298.18 |
| Pretax Deductions | 83.18 | 83.18 |
| Imputed Earnings | 2.30 | 2.30 |
| Net Payment | 1,461.69 | 1,461.69 |

## Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Regular | 1,820.96 | 1,820.96 |
| VAC PTO | 212.76 | 212.76 |
| Holiday | 212.76 | 212.76 |
| Benefit Flex Credit | 20.54 | 20.54 |
| WeeklyOT1.5 at 1.0 | 18.08 | 18.08 |
| WeeklyOT1.5 Prm at 0.5 | 9.04 | 9.04 |
| FLSA | 0.04 | 0.04 |
| Total Earnings | 2,294.18 | 2,294.18 |

## Current Period Details

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Regular | | | 68.470 | Hours | 26.5950 | 1,820.96 |
| VAC PTO | | | 8.000 | Hours | 26.5950 | 212.76 |
| Holiday | | | 8.000 | Hours | 26.5950 | 212.76 |
| WeeklyOT1.5 at 1.0 | | | 0.680 | Hours | 26.5950 | 18.08 |
| WeeklyOT1.5 Prm at 0.5 | | | 0.680 | Hours | 13.2975 | 9.04 |
| Total Hours Worked | | | 69.150 | | | |

## Imputed Income

| Description | Current | Year to Date |
|---|---|---|
| Life Impt Inc | 2.30 | 2.30 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| TSA Pre Tax | 68.21 | 68.21 |
| Std Pre | 13.81 | 13.81 |
| Supp Life Pre | 1.04 | 1.04 |
| Add Pre | 0.12 | 0.12 |
| **Total Pretax Deductions** | 83.18 | 83.18 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 178.75 | 178.75 |
| Social Security Employee Withheld | 141.45 | 141.45 |
| SIT Withheld (GA) | 97.85 | 97.85 |
| Medicare Employee Withheld | 33.08 | 33.08 |
| **Total Tax Deductions** | 451.13 | 451.13 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Roth TSA Loan | 255.50 | 255.50 |
| TSA Roth | 22.74 | 22.74 |
| Union Dues | 19.94 | 19.94 |
| **Total Other Deductions** | 298.18 | 298.18 |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Med ER | 367.36 | 367.36 |
| Dental ER | 34.27 | 34.27 |
| TSA ER Match | 28.42 | 28.42 |
| Life Ins ER | 2.78 | 2.78 |
| Med Supp ER | 1.13 | 1.13 |
| **Total Employer Paid Benefits** | 433.96 | 433.96 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 183709372 | GEORGIA UNITED CU | 261171309-GEORGIA UNITED CU | XXX8415 | USD | 25.00 |
| 183709414 | WELLS FARGO BANK, NA | 061000227-WELLS FARGO BANK, NA | XXXXXX9536 | USD | 250.00 |
| 183709503 | WELLS FARGO BANK, NA | 061000227-WELLS FARGO BANK, NA | XXXXXXXXX2978 | USD | 1,186.69 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1,000.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| GA | Single | 1 | 0.00 |



# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10459551 | 10459551 | KP BiWeekly Sunday1 |
| | Assignment Number | Tax Reporting Unit Name |
| | E10459551 | Kaiser Foundation Health Plan of Georgia Inc |
| Employee Name | Job Title | |
| Latosha Mathis | Certified Tech, Pharmacy | |
| Employee Address | Position | Tax Reporting Unit Address |
| 2623 Memory Lane | Certified Tech, Pharmacy | Nine Piedmont Center |
| Douglasville, GA 30135 | | 3495 Piedmont Rd. NE |
| | | Atlanta, GA 30305 |
| | | Ph: 877-457-4772 |

10459551   1 of 2

| Business Unit | Department | Location |
|---|---|---|
| GA | 4000 - Cascade Medical Offices - O/P Pharmacy 1st Floor-A/Ma | GA225-1 |
| Workweek | Base Rate | |
| Sunday 00:01 | 26.5950  Hourly | |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 01-10-2021 | 01-23-2021 | 01-27-2021 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,184.91 | 4,481.39 |
| Employee Tax Deductions | 412.58 | 863.71 |
| Voluntary Deductions | 297.06 | 595.24 |
| Pretax Deductions | 79.83 | 163.01 |
| Imputed Earnings | 2.30 | 4.60 |
| Net Payment | 1,393.14 | 2,854.83 |

## Earnings Summary

| Description | Current | Year to Date |
|---|---|---|
| Regular | 1,866.17 | 3,687.13 |
| Holiday | 212.76 | 425.52 |
| VAC PTO | 53.19 | 265.95 |
| Benefit Flex Credit | 20.54 | 41.08 |
| WeeklyOT1.5 at 1.0 | 19.95 | 38.03 |
| WeeklyOT1.5 Prm at 0.5 | 9.97 | 19.01 |
| FLSA | 0.03 | 0.07 |
| Total Earnings | 2,182.61 | 4,476.79 |

## Current Period Details

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Regular | | | 70.170 | Hours | 26.5950 | 1,866.17 |
| Holiday | | | 8.000 | Hours | 26.5950 | 212.76 |
| VAC PTO | | | 2.000 | Hours | 26.5950 | 53.19 |
| WeeklyOT1.5 at 1.0 | | | 0.750 | Hours | 26.5950 | 19.95 |
| WeeklyOT1.5 Prm at 0.5 | | | 0.750 | Hours | 13.2975 | 9.97 |
| Total Hours Worked | | | 70.920 | | | |

## Imputed Income

| Description | Current | Year to Date |
|---|---|---|
| Life Impt Inc | 2.30 | 4.60 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| TSA Pre Tax | 64.86 | 133.07 |
| Std Pre | 13.81 | 27.62 |
| Supp Life Pre | 1.04 | 2.08 |
| Add Pre | 0.12 | 0.24 |
| **Total Pretax Deductions** | **79.83** | **163.01** |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 154.94 | 333.69 |
| Social Security Employee Withheld | 134.54 | 275.99 |
| SIT Withheld (GA) | 91.63 | 189.48 |
| Medicare Employee Withheld | 31.47 | 64.55 |
| **Total Tax Deductions** | **412.58** | **863.71** |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Roth TSA Loan | 255.50 | 511.00 |
| TSA Roth | 21.62 | 44.36 |
| Union Dues | 19.94 | 39.88 |
| **Total Other Deductions** | **297.06** | **595.24** |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Med ER | 367.36 | 734.72 |
| Dental ER | 34.27 | 68.54 |
| TSA ER Match | 27.03 | 55.45 |
| Life Ins ER | 2.78 | 5.56 |
| Med Supp ER | 1.13 | 2.26 |
| **Total Employer Paid Benefits** | **432.57** | **866.53** |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 373909593 | GEORGIA UNITED CU | 261171309-GEORGIA UNITED CU | XXX8415 | USD | 25.00 |
| 373909995 | WELLS FARGO BANK, NA | 061000227-WELLS FARGO BANK, NA | XXXXXX9536 | USD | 250.00 |
| 373910166 | WELLS FARGO BANK, NA | 061000227-WELLS FARGO BANK, NA | XXXXXXXXX2978 | USD | 1,118.14 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1,000.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| GA | Single | 1 | 0.00 |

