**IT IS ORDERED as set forth below:**

**Date: March 25, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 13 |
| DEBTOR | CASE NO. 20-70035-JWC |

**ORDER GRANTING DEBTOR'S**
**MOTION TO CONVERT TO CHAPTER 13**

On February 8, 2021, Debtor filed a *Motion to Convert to Chapter 13* (the "*Motion*")(Doc. No. 16) seeking to convert her Chapter 7 bankruptcy case to a case under Chapter 13 of Title 11 of the United States Code. The Motion came before the court for hearing on March 11, 2021. A hearing was held on the Motion. No opposition was filed with the Court or announced at the hearing. The Court having considered the Motion, it is hereby

**ORDERED** the Motion to Convert to Chapter 13 is **GRANTED**: the above-styled case is hereby **CONVERTED** from a case under Chapter 7 to a case under Chapter 13 in accordance with 11 U.S.C. § 706(a); It is

**FURTHER ORDERED** that the chapter 7 trustee or any other entity entitled to compensation may file an application for compensation and reimbursement of expenses; It is

**FURTHER ORDERED** that the Chapter 7 discharge did not release the bankruptcy estate's liability on the claims filed when this case was pending as a Chapter 7. Therefore, all allowed claims reflected on the Bankruptcy Court's Claims Register shall be funded pursuant to the terms of the Chapter 13 plan; It is

**FURTHER ORDERED** that if the Debtor is unable to complete this Chapter 13, the case shall be converted back to Chapter 7 and shall not be dismissed as a Chapter 13.

[END OF DOCUMENT]

Prepared and Submitted by
JEFF FIELD & ASSOCIATES:

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

**IDENTIFICATION OF PARTIES TO BE SERVED**

S. Gregory Hays
3343 Peachtree Road, NE
Atlanta, GA 30326-1085

R. Jeffrey Field
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, Georgia 30079

Nancy J. Whaley
303 Peachtree Center Ave.
Suite 120 Atlanta, GA 30303

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Latosha Dewaun Mathis
2623 Memory Lane
Douglasville, GA 30135

All Creditors Reflected On
The Court's Mailing Matrix