UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LATOSHA DEWAUN MATHIS | : | |
| | : | CASE NUMBER A20-70035-JWC |
| | : | |
| DEBTOR. | : | |

## MOTION TO RE-CONVERT THIS CASE TO ONE UNDER CHAPTER 7

COMES NOW Nancy J. Whaley, the Standing Chapter 13 Trustee in the above-referenced matter and files this Motion to Re-Convert this Case to One Under Chapter 7. The Trustee respectfully shows the Court the following:

1.

Debtor originally filed for relief under Chapter 7 of Title 11 on September 21, 2020. The case was converted to a Chapter 13 on March 25, 2021. The Debtor's Chapter 13 plan was confirmed on August 26, 2021. The Debtor's confirmed plan provides for a zero percent (0%) dividend or a pool of $26,125.00 to general unsecured creditors and a plan payment of $300.00 per month.

2.

The Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of the date of this motion, the Trustee has received a total of $1,742.00. The Trustee's records indicate the amount delinquent is $453.00 with no payments received since April 8, 2022.

3.

Pursuant to 11 U.S.C. Section 1307(c), the Court may convert a case under Chapter 13 to a case under Chapter 7, when in the best interest of creditors as compared to dismissal.

4.

In addition to the delinquency in plan payment, a Motion for Relief from the Automatic Stay has been filed by SN Servicing asserting a post-petition delinquency in mortgage payments as well.

5.

Based upon the Chapter 7 Trustee's interest during the pendency of the original Chapter 7 and the terms of the Court's Order at docket 22, it appears conversion back to Chapter 7 is in the best interest of the estate and creditors.

WHEREFORE, the Chapter 13 Trustee prays that the case be re-converted back to Chapter 7 and that a Chapter 7 Trustee be appointed for administration of the Debtor's estate. The Trustee prays that the filing fee not be paid until the Court hears this matter and if the case is re-converted to one under Chapter 7 that the Trustee be permitted to pay the fee with available funds in the Debtor's case and any other such relief the Court deems just and proper.

THIS THE 27th day of April, 2022.

Respectfully submitted,

__/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. A20-70035-JWC |
| | : | |
| LATOSHA DEWAUN MATHIS | : | CHAPTER 13 |
| | : | |
| Debtor(s). | : | JUDGE CAVENDER |
| | : | |
| NANCY J. WHALEY, TRUSTEE | : | |
| | : | |
| Movant(s), | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| LATOSHA DEWAUN MATHIS | : | |
| | : | |
| Respondent(s), | : | |
| | : | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION
TO RE-CONVERT THIS CASE TO ONE UNDER CHAPER 7**

**PLEASE TAKE NOTICE** that Nancy J. Whaley, Standing Chapter 13 Trustee, has filed a Motion to Re-Convert This Case to One Under Chapter 7 and related papers with the Court seeking an Order re-converting the case back to a Chapter 7 case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion to Reconvert Case to One Under Chapter 7 at the following toll-free number: *833-568-8864;* **meeting id** *160 459 5648*, **at 10:20 a.m. on Tuesday, May 24, 2022 in Courtroom** *1203,* **United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 27, 2022

Respectfully submitted,

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No: A20-70035-JWC

I certify that on this day, I caused a copy of this Chapter 13 Trustee's Motion to Re-Convert This Case to One Under Chapter 7 and Notice of Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

LETOSHA DEWAUN MATHIS
2623 MEMORY LANE
DOUGLASVILLE, GA 30135

OFFICE OF THE U.S. TRUSTEE
ASSISTANT U.S. TRUSTEE JENEANE TREACE
75 TED TURNER DRIVE, S.W., SUITE 362
ATLANTA, GA 30303

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Re-Convert This Case to One Under Chapter 7 and Notice of Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

R. JEFFREY FIELD & ASSOCIATES

(*ALL CREDITORS LISTED ON THE MAILING MATRIX*)

This the 27th day of April, 2022.

/s/_____
Julie M. Anania,
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201
janania@njwtrustee.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-70035-jwc<br>Northern District of Georgia<br>Atlanta<br>Wed Apr 27 10:55:11 EDT 2022 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Julie M. Anania<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | R. Jeffrey Field<br>Jeffrey Field & Associates<br>342 North Clarendon Avenue<br>Scottdale, GA 30079-1320 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Fnb Omaha<br>Attn: Bankruptcy<br>Po Box 2490<br>Omaha, NE 68103-2490 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Goldman Sachs Bank, USA<br>by AIS InfoSource, LP as Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Harrison Mill Homeowners Assoc<br>c/o Faron Smith<br>4160 Jackie Dr.<br>Douglasville GA 30135-4454 | Gregory Hays<br>Hays Financial Consulting LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-4909 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 2013<br>Buffalo, NY 14240-2013 | IRS Insolvency Unit<br>401 W. Peachtree St., NW<br>Room 400, Stop 334-D<br>Atlanta, GA 30308 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| Marcus by Goldman Sachs<br>Attn: Bankruptcy<br>Po Box 45400<br>Salt Lake City, UT 84145-0400 | Latosha Dewaun Mathis<br>2623 Memory Lane<br>Douglasville, GA 30135-4453 | Medical Data Systems (MDS)<br>Attn: Bankruptcy Dept<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 |

| | | |
|---|---|---|
| Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Marc E. Ripps<br>Marc E. Ripps, Esq.<br>P O Box 923533<br>Norcross, GA 30010-3533 |
| (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | Christopher J. Sleeper<br>Jeff Field & Associates<br>342 North Clarendon Avenue<br>Scottdale, GA 30079-1320 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Pandora<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ Old Navy<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Gap<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn:  Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | U.S. Bank Trust National Association,<br>as Trustee of the Cabana Series IV Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank NA<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1216 | Ryan J. Williams<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120<br>Atlanta, GA 30303-1286 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial              First National Bank/Legacy         Georgia Department of Revenue
Pob 15316                       Attn: Bankruptcy                   Compliance Division
Wilmington, DE 19850            Po Box 5097                        1800 Century Blvd., NE, S9100
                                Sioux Falls, SD 57117              Atlanta, GA 30345


SN Servicing Corp.
323 Fifth Street
Eureka, CA 95501
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synchrony Bank                     (u)U.S. Bank Trust National Association      End of Label Matrix
c/o PRA Receivables Management, LLC                                                 Mailable recipients    56
PO Box 41021                                                                        Bypassed recipients     2
Norfolk VA 23541-1021                                                               Total                  58
```