UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 13 |
| DEBTOR | CASE NO. 20-70035-JWC |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Latosha Dewaun Mathis has filed a Motion to Retain Retirement Funds and related papers with the Court seeking an Order granting the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion **at the following toll-free number 833-568-8864; meeting id 160 459 5648 in Courtroom 1203, Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303 at 10:20 AM on June 28, 2022.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on the Motion. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303.

This June 3, 2022

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LATOSHA DEWAUN MATHIS, | CHAPTER 13 |
| DEBTOR | CASE NO. 20-70035-JWC |

## MOTION TO RETAIN RETIREMENT FUNDS

COMES NOW Debtor, Latosha Dewaun Mathis, by and through counsel, and respectfully files this Motion and shows the Court as follows:

1.

Debtor filed for relief under Chapter 7 of the U.S. Bankruptcy Code on September 21, 2020. Debtor converted to Chapter 13 on March 25, 2021 in order to prevent the liquidation of her residence. The Plan was confirmed August 26, 2021.

2.

Debtor has fallen several months behind on her mortgage prompting U.S. Bank Trust National Association to file a Motion for Relief from Stay (Doc. No. 54) which is currently set for hearing June 7, 2022.

3.

Additionally, Debtor has fallen two months behind on her payments to the Chapter 13 Trustee prompting the Trustee to file a Motion to Convert (Doc No. 55) which is also currently set for hearing June 7, 2022.

4.

Debtor has $64,189.85 in a Kaiser Annuity TSA 3 retirement account. The retirement plan administrator is willing to release funds to Debtor provided an order is provided stating that the funds are necessary to safeguard her property.

5.

Debtor desires to retain sufficient funds from the retirement account to pay off the remaining balance of her chapter 13 plan and satisfy the delinquency to her mortgage company.

6.

The current unaudited payoff on Debtor's chapter 13 plan is $45,922.77 and the amount necessary to cure the mortgage default is $3,500.01.

6.

Debtor's retention of the retirement funds is necessary to safeguard her property and livelihood because failure to resolve the aforementioned issues will result in liquidation or foreclosure of her residence. Debtor believes retention of the retirement funds is in the best interest of the estate as it will result in a distribution to unsecured creditors of $12,798.38 more than if she were to continue in her plan.

WHEREFORE, Debtor respectfully requests:

1. That this Motion be granted;
2. That Debtor be entitled to withdraw $49,422.78 from her retirement account to be remitted to the Chapter 13 Trustee and her mortgage company to resolve the delinquency;
3. For such other relief as this Court deems necessary and proper.

This June 3, 2022

        Respectfully Submitted,
        JEFF FIELD & ASSOCIATES

        /s/ Christopher J. Sleeper
        _____
        CHRISTOPHER J. SLEEPER
        Attorney for Debtor
        State Bar No. 700884
        342 North Clarendon Avenue
        Scottdale, GA 30079
        404-499- 2700
        contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: |
|
LATOSHA DEWAUN MATHIS, | CHAPTER 13
| CASE NO. 20-70035-JWC
DEBTOR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and exact copy of the foregoing "Notice" and "Motion to Retain Retirement Funds" to the following:

Nancy J. Whaley, Chapter 13 Trustee         *Electronically*

Latosha Dewaun Mathis
2623 Memory Lane
Douglasville, GA 30135

All Creditors Reflected On
The Attached Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: June 3, 2022                Respectfully Submitted,
                                   JEFF FIELD & ASSOCIATES

                                   /s/ Christopher J. Sleeper
                                   _____
                                   CHRISTOPHER J. SLEEPER
                                   Attorney for Debtor
                                   State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-70035-jwc<br>Northern District of Georgia<br>Atlanta<br>Fri Jun  3 10:37:42 EDT 2022 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Julie M. Anania<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | R. Jeffrey Field<br>Jeffrey Field & Associates<br>342 North Clarendon Avenue<br>Scottdale, GA 30079-1320 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Fnb Omaha<br>Attn: Bankruptcy<br>Po Box 2490<br>Omaha, NE 68103-2490 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Goldman Sachs Bank, USA<br>by AIS InfoSource, LP as Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Harrison Mill Homeowners Assoc<br>c/o Faron Smith<br>4160 Jackie Dr.<br>Douglasville GA 30135-4454 | Gregory Hays<br>Hays Financial Consulting LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-4909 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 2013<br>Buffalo, NY 14240-2013 | IRS Insolvency Unit<br>401 W. Peachtree St., NW<br>Room 400, Stop 334-D<br>Atlanta, GA 30308 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| Marcus by Goldman Sachs<br>Attn: Bankruptcy<br>Po Box 45400<br>Salt Lake City, UT 84145-0400 | Latosha Dewaun Mathis<br>2623 Memory Lane<br>Douglasville, GA 30135-4453 | Medical Data Systems (MDS)<br>Attn: Bankruptcy Dept<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 |

```
Nordstrom FSB                        Office of the United States Trustee    PRA Receivables Management, LLC
Attn: Bankruptcy                     362 Richard Russell Building            PO Box 41021
Po Box 6555                          75 Ted Turner Drive, SW                 Norfolk, VA 23541-1021
Englewood, CO 80155-6555             Atlanta, GA 30303-3315


PYOD, LLC                            Quantum3 Group LLC as agent for         Marc E. Ripps
Resurgent Capital Services           Comenity Bank                           Marc E. Ripps, Esq.
PO Box 19008                         PO Box 788                              P O Box 923533
Greenville, SC 29602-9008            Kirkland, WA  98083-0788                Norcross, GA 30010-3533


(p)SN SERVICING CORPORATION          Christopher J. Sleeper                  Syncb/PPC
323 FIFTH ST                         Jeff Field & Associates                 Attn: Bankruptcy
EUREKA CA 95501-0305                 342 North Clarendon Avenue              Po Box 965060
                                     Scottdale, GA 30079-1320                Orlando, FL 32896-5060


Syncb/Pandora                        Synchrony Bank                          Synchrony Bank
Attn: Bankruptcy                     c/o PRA Receivables Management, LLC     Attn:  Bankruptcy Dept
Po Box 965060                        PO Box 41021                            Po Box 965060
Orlando, FL 32896-5060               Norfolk, VA 23541-1021                  Orlando, FL 32896-5060


Synchrony Bank/ JC Penneys           Synchrony Bank/ Old Navy                Synchrony Bank/Amazon
Attn: Bankruptcy                     Attn:  Bankruptcy                       Attn:  Bankruptcy
Po Box 965064                        Po Box 965060                           Po Box 965060
Orlando, FL 32896-5064               Orlando, FL 32896-5060                  Orlando, FL 32896-5060


Synchrony Bank/Gap                   Synchrony Bank/Lowes                    Synchrony Bank/TJX
Attn:  Bankruptcy Dept               Attn:  Bankruptcy                       Attn:  Bankruptcy
Po Box 965060                        Po Box 965060                           Po Box 965064
Orlando, FL 32896-5060               Orlando, FL 32896-5060                  Orlando, FL 32896-5064


Target                               U.S. Bank Trust National Association,   United States Attorney
c/o Financial & Retail Srvs          as Trustee of the Cabana Series IV Trust Northern District of Georgia
Mailstop BT POB 9475                 c/o SN Servicing Corporation            75 Ted Turner Drive SW, Suite 600
Minneapolis, MN 55440-9475           323 Fifth Street                        Atlanta GA 30303-3309
                                     Eureka, CA 95501-0305


Wells Fargo Bank NA                  Wells Fargo Bank NA                     Wells Fargo Bank, N.A.
Attn: Bankruptcy                     Po Box 14517                            PO Box 10438, MAC F8235-02F
1 Home Campus Mac X2303-01a          Des Moines, IA 50306-3517               Des Moines, IA 50306-0438
Des Moines, IA 50328-0001


Wells Fargo Bank, N.A., Wells Fargo Card Ser    Nancy J. Whaley              Ryan J. Williams
PO Box 10438, MAC F8235-02F          Nancy J. Whaley, Standing Ch. 13 Trustee  Nancy J. Whaley
Des Moines, IA  50306-0438           Suite 120, Truist Plaza Garden Offices  Standing Chapter 13 Trustee
                                     303 Peachtree Center Avenue             303 Peachtree Center Avenue
                                     Atlanta, GA 30303-1216                  Suite 120
                                                                             Atlanta, GA 30303-1286
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial              First National Bank/Legacy      Georgia Department of Revenue
Pob 15316                       Attn: Bankruptcy                Compliance Division
Wilmington, DE 19850            Po Box 5097                     1800 Century Blvd., NE, S9100
                                Sioux Falls, SD 57117           Atlanta, GA 30345


SN Servicing Corp.
323 Fifth Street
Eureka, CA 95501




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Synchrony Bank                       (u)U.S. Bank Trust National Association      End of Label Matrix
c/o PRA Receivables Management, LLC                                                  Mailable recipients    56
PO Box 41021                                                                         Bypassed recipients     2
Norfolk VA 23541-1021                                                                Total                  58
```